**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Wilfredo GONZALEZ–RODRIGUEZ,
Defendant–Appellant.**

**No. 03–20803.**

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 17, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Joe A Salinas, III, Houston, TX, Wilfredo Gonzalez–Rodriquez, Pollock, LA, for Defendant–Appellant.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

Counsel appointed for Wilfredo Gonzalez–Rodriguez has moved to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gonzalez has not filed a response. Our independent review of the brief and record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.